IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON (Portland)

| | |
|---|---|
| CHANELE RAMOS, individually and on behalf of all others similarly situated;<br>      Plaintiff<br><br>-against-<br><br>HUNTER WARFIELD, INC.,<br><br>      Defendant. | Civil Case Number: 3:18-cv-1472 |

## NOTICE OF SETTLEMENT

  PLEASE TAKE NOTICE that a settlement in this matter has been reached between all parties. The parties anticipate that they will complete the settlement, and file a stipulation of dismissal, within 60 days from the date of this notice. In light of the settlement, the parties request that the Court take off calendar all future hearing dates in this case.

Respectfully submitted,

| | |
|---|---|
|  /s/ David De Blasio<br>David De Blasio<br>HARRINGTON ANDERSON & DEBLASIO<br>PO BOX 12669<br>Portland Or 97212<br>503-288-5823<br>davidd@had-law.com<br>Attorneys for Defendant |  /s/ Yitzchak Zelman<br>Yitzchak Zelman, Esq.<br> NJ Bar #015872012<br>MARCUS ZELMAN, LLC<br>701 Cookman Avenue, Suite 300<br>Asbury Park, New Jersey 07712<br>Phone: (732) 695-3282<br>Fax: (732) 298-6256<br>Email: yzelman@marcuszelman.com<br>pro hac vice<br>Attorney for Plaintiff |

{00027929;1}